■ RUDOLPH F. KARASEK et al., Respondents, v EDWARD R. HALLENBECK, JR., et al., Constituting the Town Board of the Town of Van Buren, et al., Appellants. (Appeal No. 2.) [612 NYS2d 991] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988). (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.

■ ERVIN PICKARD, Individually and as Executor of FLOYD PICKARD, Deceased, et al., Appellants, v FRANCES MORGAN et al., Constituting the Town Board of the Town of Ellicott, et al., Respondents. [612 NYS2d 1008] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cass, Jr., J. (Appeal from Order and Judgment of Supreme Court, Chautauqua County, Cass, Jr., J.— Summary Judgment.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.